UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                   CASE NUMBER: 8:02-cr-62-T-26EAJ

JORGE LUIZ PEREZ-HERNANDEZ
_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on October 5, 2006. The defendant appeared with counsel, Walter Ruiz. Also present was the Probation Officer and Assistant United States Attorney Ashley Moody.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on July 12, 2002, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **REVOKED.**

2. The defendant, JORGE LUIZ PEREZ-HERNANDEZ, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TWENTY-FOUR (24) MONTHS** to run **CONSECUTIVE** to the term of imprisonment imposed in case 1:06-cr-298-001 in the Southern District of Texas.

Page Two

DONE AND ORDERED, At Tampa, Florida, this 5th day of October 2006.

                                                RICHARD A. LAZZARA
                                                United States District Judge

cc:    U.S. Attorney - A. Lee Bentley, III
       Defense Counsel - Walter Ruiz
       Defendant - c/o Counsel
       U.S. Marshal
       U.S. Bureau of Prisons
       U.S. Probation